IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN FRANKLIN WRIGHT, JR.,

    Plaintiff,

v.

SARAH O'BRIEN and MEGAN STONER,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-544-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for seeking monetary damages from a defendant who is immune from such relief and for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

By: *[signature]*, Deputy Clerk      11-2-12
Peter Oppeneer, Clerk of Court      Date